SLOAN, Respondent, v. BLUXOME et al., Appellants.

No. 7962; March 3, 1883.

Street Law—Conflict Between Petition and Diagram.—In a proceeding in relation to a street improvement the fact that in some instances names, other than those of the parties named in the petition, who therein avow themselves to be owners of the lots platted on the diagram accompanying the petition, appear marked as owners of the lots on the diagram itself, should not disprove allegations of the petition as to ownership.

APPEAL from Superior Court, San Francisco.

J. C. Bates for appellants; Parker & Waterhouse for respondent.

By the COURT.—The persons who signed the petition allege that they are the owners of certain lots fronting upon the work which in said petition and the diagram attached to it are sufficiently described. These lots constitute a majority of the frontage on said work. On the diagram, in some instances, the names of other persons than the petitioners are written, so as to indicate, as appellants claim, that persons other than any of the petitioners were the owners of some of said lots. But in the absence of anything appearing, beyond the fact of those names having been so written thereon, we do not think that the bare circumstance of their being there tends in any degree to disprove the positive allegations of the petition as to the ownership of said lots.

Order affirmed.